## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MACKY BLUFFS DEVELOPMENT
CORPORATION

    VS                                                CASE NO.  3;06cv397 MCR/EMT

ADVANCE CONSTRUCTION SERVICES,
INC.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on       March 30, 2007
Type of Motion/Pleading: JOINT STIPULATION TO LIMITED DISCOVERY
EXTENSION (thirty (30) days)
Filed by:   Parties   on 3/29/07     Document   25
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                             on            Doc.# 
                                             on            Doc.# 
                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             /s/ *Lynn C. Uhl*
                                             Deputy Clerk

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 2nd day of April, 2007, that:

     The requested relief is GRANTED.


                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**


Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: